UNITED STATES of America, Plaintiff–Appellee,

v.

Quincy B. PONGAH, Defendant–Appellant.

No. 06–30473.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 6, 2009.

Michael Joseph Fica, Esq., Office of the U.S. Attorney, Pocatello, ID, for Plaintiff–Appellee.

J.D. Merris, Esq., Boise, ID, for Defendant–Appellant.

Before BEEZER, FERNANDEZ and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Quincy B. Pongah appeals from his jury-trial conviction and 84–month sentence for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and resisting an officer, in violation of 18 U.S.C. § 111. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Pon-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

gah's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.